[Civ. No. 6370.  First Appellate District, Division Two.—May 22, 1928.]

ALAMEDA CITY LAND CO. (a Corporation), Respondent,
v. W. P. WOOLSEY, Appellant.

Clark, Nichols & Eltse for Appellant.

Stanley Pedder for Respondent.

STURTEVANT, J.— Upon the grounds stated and
for the reasons set forth in *Alameda City Land Co.* v.
*Mortimer, ante,* p. 113 [267 Pac. 895], the judgment ap-
pealed from is affirmed.

Koford, P. J., and Nourse, J., concurred.

A petition by appellant to have the cause heard in the
supreme court, after judgment in the district court of
appeal, was denied by the supreme court on July 19, 1928.

All the Justices present concurred.